JS-6

| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| 2 | United States Attorney |
| | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
| | SUSAN L. SMITH, CA STATE BAR NO.: 253808 |
| 7 | Special Assistant United States Attorney |
| 8 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 9 |     San Francisco, California 94105 |
| 10 |     Tel: (510) 970-4857 |
| |     Fax: (415) 744-0134 |
| 11 |     E-mail: Susan.L.Smith@ssa.gov |
| 12 | |
| | Attorneys for Defendant |
| 13 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| AMANDA ANN CLARK TUTSCH, | | No. 2:22-cv-04066-PVC |
| Plaintiff, | | |
| v. | | JUDGMENT OF REMAND |
| KILOLO KIJAKAZI, | | |
| Acting Commissioner of Social Security, | | |
| Defendant. | | |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 9/23/22

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE