STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Amanda Ann Clark Tutsch

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| AMANDA ANN CLARK TUTSCH,<br><br>                    Plaintiff,<br><br>        -v-<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br>                    Defendant. | CASE NO.: 2:22-cv-04066-PVC |

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

  IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of One Thousand Two Hundred Sixty-Two Dollars and Eighty-Six Cents ($1,262.86) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and **costs** in the amount of Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

  If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

> 250 South Clinton St., Suite 210,
> Syracuse, NY 13202

SO ORDERED.

Date: December 19, 2022

_____
Hon. Pedro V. Castillo
United States Magistrate Judge